United States District Court

Eastern District of California

Antolin Andrews,

     Plaintiff,                      No. Civ. S 02-0553 DFL PAN P

  vs.                             Order

Dennis McCarger, et al.,

     Defendants.

-oOo-

    April 15, 2005, defendants requested an extension of time to file a dispositive motion. Good cause appearing, defendants' request is granted and time to file a dispositive motion is extended to May 15, 2005.

    So ordered.

    Dated: April 26, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge