United States District Court

Eastern District of California

Antolin Andrews,

       Plaintiff,                          No. Civ. S 02-0553 DFL PAN P

  vs.                                  Order

Dennis McCarger, et al.,

       Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the schedule made October 22, 2004, plaintiff's pretrial statement is due July 15, 2005, defendants' pretrial statement is due July 29, 2005, pretrial conference is set for August 5, 2005, and trial is set for October 24, 2005.  Since defendants' May 13, 2005, motion for

///

///

///

1  summary judgment is pending, the above dates are vacated.
2      So ordered.
3      Dated:  August 11, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge