IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Plaintiff,                                   No. CIV S-02-0553 DFL PAN P

    vs.

DENNIS MCCARGER, et al.,

    Defendants.                             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff fails to show that the dismissal of his state court action was the result

1

of defendants' refusal to make certain copies of legal documents.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2006, are adopted in full; and

2. Defendants' May 13, 2005 motion for summary judgment is granted.

DATED: 6/9/2006

_____
DAVID F. LEVI
United States District Judge